GOON GIT LEE ET AL. *v.* IRVIN CHIPPERINI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 12 Conn. App. 802, is denied.

*Thomas G. Moukawsher,* in support of the petition.

*Sidney Axelrod,* in opposition.

Decided October 28, 1987

STANLEY V. TUCKER *v.* CONNECTICUT NATURAL GAS CO.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

*Patrick T. Hulton,* in opposition.

Decided October 28, 1987

THE METROPOLITAN DISTRICT *v.* HOUSING AUTHORITY OF THE CITY OF HARTFORD

The respondent's petition for certification for appeal from the Appellate Court, 12 Conn. App. 499, is denied.

*Rudolph P. Arnold,* in support of the petition.

*David G. Hetzel,* in opposition.

Decided November 5, 1987

STATE OF CONNECTICUT *v.* FRANK X. LO SACCO

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 481, is denied.

*Frank X. Lo Sacco,* pro se, in support of the petition.

Decided November 5, 1987